# Exhibit 8




# ETUDE RENOLD GABUS-THORENS
## WENGER PLATTNER
WWW.RENOLD-GABUS.CH

MARC-ANDRÉ RENOLD
Avocat au Barreau de Genève
Professeur à l'Université de Genève
Dr. en Droit, LL.M. (Yale)
Conseil pour l'Etude
Wenger-Plattner (Bâle, Zurich et Berne)

ELISABETH GABUS-THORENS
Avocate au Barreau de Genève
Juge suppléante à la Cour de Justice

MATTHIEU GISIN
Avocat au Barreau de Genève

VIRGINIE JAQUIERY
Avocate au Barreau de Genève
Chargée d'enseignement
à l'Université de Genève
LL.M. (Genève)

Par pli prioritaire, anticipé par
téléfax : 022 312 14 31

Monsieur François BELLANGER
Avocat
8-10 rue de Hesse
1204 Genève

Genève, le 2 septembre 2015
MAR/MG/of

**Concerne:** Pablo PICASSO, Buste de femme (Marie-Thérèse) 1931, plâtre original

Mon cher Confrère,

Suite est donnée à votre pli du 26 août 2015 ainsi qu'à l'audience de conciliation du 31 août 2015.

Dans ledit pli, votre mandante déclare, « *par précaution invalider le mandat du 10 octobre 2013 [recte : 2014] pour dol au sens de l'art. 28 CO, subsidiairement pour erreur essentielle au sens de l'art. 24 CO* ».

Comme indiqué à vous-même, ainsi qu'à notre Consœur Sabine CORDESSE, les associés de CONNERY PISSARRO SEYDOUX SA sont personnellement très affectés par la dégradation de l'état de santé de Madame Maya WIDMAIER-RUIZ-PICASSO.

Cela ne change cependant rien au fait que, lors de la conclusion du contrat de mandat du 10 octobre 2014 et de la vente successive, Madame Maya WIDMAIER-RUIZ-PICASSO était entièrement capable de discernement et avait très bien saisi la situation, ainsi que les implications de l'accord qu'elle signait.

Ledit mandat ainsi que le contrat de vente qui en a découlé ont dès lors tous deux été valablement conclus et ne souffrent d'aucun vice du consentement.

Par ailleurs, au vu des circonstances dans lesquelles le contrat du 10 octobre 2014 a été conclu – soit notamment le prix convenu, bien supérieur aux précédents records de ventes publiques

ETUDE RENOLD GABUS-THORENS
RUE DU GÉNÉRAL-DUFOUR 11
CH-1204 GENÈVE

T : +41(0)22 800 32 70
F : +41(0)22 800 32 71
EMAIL : SECRETARIAT.MAR@RENOLD-GABUS.CH

pour un plâtre original de PICASSO, ainsi que l'implication du fils de votre mandante, Monsieur Olivier WIDMAIER PICASSO – ma mandante est surprise, voire choquée, que l'on cherche aujourd'hui à lui reprocher d'avoir agi de manière dolosive, ce qu'elle conteste vigoureusement.

Enfin, CONNERY PISSARRO SEYDOUX SA ainsi que le soussigné ont appris avec stupéfaction que l'œuvre litigieuse aurait été vendue par Madame Maya WIDMAIER-RUIZ-PICASSO au début du mois de mai de cette année, en dépit des accords qu'elle avait préalablement conclus et dont elle savait pertinemment que PELHAM EUROPE LTD ne souhaitait pas se départir, et alors que ma mandante faisait tout ce qui était en son pouvoir pour trouver une solution amiable au litige.

Je vous remercie de bien vouloir me confirmer la réalité de cette vente, par écrit et dans les meilleurs délais, preuves à l'appui.

En effet, une telle vente, si elle est réellement intervenue, aurait été réalisée en complète violation des obligations de Madame Maya WIDMAIER-RUIZ-PICASSO envers CONNERY PISSARRO SEYDOUX SA et PELHAM EUROPE LTD.

Cas échéant, CONNERY PISSARRO SEYDOUX SA réserve tous ses droits face à cette situation nouvelle et pour le moins surprenante.

En vous remerciant par avance de votre prompte réponse, je vous adresse, mon cher Confrère, l'expression de mes sentiments confraternels.

Ex. Marc-André RENOLD

Cc : Me Blaise STUCKI
Me Sabine CORDESSE



STATE OF NEW YORK     )
                      )
                      ) ss
COUNTY OF NEW YORK    )

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from French into English of the attached letter from Marc-André Renold to François Bellanger, dated September 2, 2015.

Stephanie Skiba, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me

this 13 day of November, 20 15.

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires September 23, 2019

New York
t: +1.212.631.7432

London
t: +44.20.7553.4100

Washington, D.C.
t: +1.202.828.1267

Paris
t: +33.1.42.68.51.47

Chicago
t: +1.312.242.3756

Stockholm
t: +46.8.463.11.87

Houston
t: +1.713.353.3909

Frankfurt
t: +49.69.7593.8434

San Francisco
t: +1.415.576.9500

Hong Kong
t: +852.2159.9143

translations@geotext.com
www.geotext.com



**RENOLD GABUS-THORENS LAW FIRM**
**WENGER PLATTNER**
www.renold-gabus.ch

[stamp:] **COPY**

**MARC-ANDRÉ RENOLD**
Attorney at the Geneva Bar
Professor at the University of Geneva
Doctor of Law LL.M (Yale)
Counsel for the Law Firm
Wenger-Plattner (Basel, Zurich and Bern)

**ELISABETH GABUS-THORENS**
Attorney at the Geneva Bar
Substitute Judge at the Court of Justice

**MATTHIEU GISIN**
Attorney at the Geneva Bar

**VIRGINIE JAQUIERY**
Attorney at the Geneva Bar
Lecturer at the University of Geneva
LL.M (Geneva)

<u>By priority mail, sent first by fax: 022 312 14 31</u>

Mr François BELLANGER
Attorney
8-10 Rue de Hesse
1204 Geneva

Geneva, September 2, 2015
MAR/MG/of

**Subject:** Pablo PICASSO, Bust of a woman (Marie-Thérèse) 1931, original plaster

My dear colleague,

Further to your letter of August 26, 2015 and to the conciliation hearing of August 31, 2015, we can reply as follows.

In your letter, your principal states, *"as a precaution to cancel the mandate of October 10, 2013 [correction: 2014] for fraud under article 28 of the Code of Obligations, and as a subsidiary matter for fundamental error under article 24 of the Code of Obligations"*.

As indicated to you and to our colleague Sabine CORDESSE, the partners of CONNERY PISSARRO SEYDOUX SA are personally very moved by the deterioration in the state of health of Madam Maya WIDMAIER-RUIZ-PICASSO.

However, this does not change anything since, when entering into the mandate agreement of October 10, 2014 and the subsequent sale, Madam Maya WIDMAIER-RUIZ-PICASSO was fully capable of understanding and had a very good grasp of the situation, as well as of the implications of the agreement that she was signing.

The mandate as well as the sale agreement arising therefrom were therefore both validly concluded entered into and contain no defect in consent.

In addition, in view of the circumstances in which the agreement of October 10, 2014 was entered into—namely the agreed price, which was higher than previous records for public sales

RENOLD GABUS-THORENS LAW FIRM
11 RUE DU GÉNÉRAL-DUFOUR
CH-1204 GENEVA

Tel: +41 (0)22 800 32 70
Fax: +41 (0)22 800 32 71
Email: secretariat.mar@renold-gabus.ch

for an original plaster by PICASSO, as well as the involvement of the son of your principal, Mr. Olivier WIDMAIER PICASSO—my principal is surprised, not to say shocked, that it is still being blamed for acting fraudulently, which it vigorously disputes.

Lastly, CONNERY PISSARRO SEYDOUX SA and the undersigned were astonished to learn that the disputed work was sold by Madam Maya WIDMAIER-RUIZ-PICASSO at the beginning of May of this year, despite the agreements that she had previously entered into from which she knew very well that PELHAM EUROPE LTD did not wish to depart, and even though my principal was doing everything in its power to find an amicable solution to the dispute.

I should be grateful if you would immediately confirm in writing, together with proof, that this sale actually took place.

In fact, such a sale, if it actually did take place, would have been concluded in complete breach of the obligations of Madam Maya WIDMAIER-RUIZ-PICASSO towards CONNERY PISSARRO SEYDOUX SA and PELHAM EUROPE LTD.

As appropriate, CONNERY PISSARRO SEYDOUX SA reserves all its rights in the face of this new and at the very least surprising situation.

Thanking you in advance for your prompt reply.

Yours very sincerely,

[illegible handwriting] Marc-André RENOLD
[signature]
*Attorney*

Cc: Blaise STUCKI, Attorney
Sabine CORDESSE, Attorney